IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


BENJAMIN HOUSTON,                                    06-CV-1123-ST

          Plaintiff,

                                      ORDER

v.

COUNTY OF WASHINGTON; MARK
T. FOWLER, individually;
MICHELLE E. HOUSTON; ADAM SPANG,
individually; ROBERT B. WOLFE,
individually; JUAN ELENES,
individually; DAVIDSON GREAVES,
individually,

             Defendants.


BENJAMIN HOUSTON
2203 Buena Vista Pike
Nashville, TN 37218

        Plaintiff, *Pro Se*


DAN R. OLSEN

1 - ORDER

Washington County Counsel
**ELMER MANUEL DICKENS, JR.**
Senior Assistant County Counsel
155 N. First Avenue
Suite 340
Hillsboro, OR 97124
(503) 846-6225

>            Attorneys for Defendants County of Washington,
>            Juan Elenes, and Davidson Greaves

**MARK K. KRAMER**
Kramer & Associates
520 S.W. Sixth Avenue
Suite 1010
Portland, OR 97204
(503) 243-2733

>            Attorneys for Defendant Michele E. Houston

**ROBERT S. WAGNER**
**DAVID C. LEWIS**
Miller & Wagner, LLP
2210 N.W. Flanders Street
Portland, OR 97210-3408
(503) 299-6116

>            Attorneys for Defendants Adam Spang and Robert B.
>            Wolfe

**MARK DANIEL FOWLER**
P.O. Box 5375
Salem, OR 97304

>            Defendant, *Pro Se*


**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and

Recommendation (#84) on November 26, 2007, in which she

recommended this Court grant the Motion for Summary Judgment of

Defendant Michele E. Houston (#66); grant the Motion for Summary

2 - ORDER

Judgment of Robert B. Wolfe, Adam Spang, and Mark T. Fowler

(#60);[1] deny the Motion for Summary Judgment of Defendants Juan

Elenes and Davidson Greaves (#55); deny the Motion for Summary

Judgment of Washington County (#54); and dismiss Plaintiff's

First, Second, and Third Claims.  Plaintiff and Defendants

Washington County, Elenes, and Greaves filed timely Objections to

the Findings and Recommendation.  The matter is now before this

Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil

Procedure 72(b).

When any party objects to any portion of the Magistrate

Judge's Findings and Recommendation, the district court must make

a *de novo* determination of that portion of the Magistrate Judge's

report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-*

*Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United*

*States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

In his Objections, Plaintiff generally reiterates the

arguments contained in his Response.  Plaintiff, however, also

seeks to submit additional evidence with his Objection to support

his arguments.  On May 10, 2007, the Court entered a Summary

Judgment Advice Order in which it informed Plaintiff

> [w]hen a party you are suing makes a motion for
> summary judgment that is properly supported by
> declarations (or other sworn testimony), you
> cannot simply rely on what your complaint says.

---

[1] Defendant Fowler joined (#83) in the Motion for Summary
Judgment of Defendants Wolfe and Spang.

3 - ORDER

> Instead, you must set out specific facts in
> declarations, depositions, answers to
> interrogatories, or authenticated documents, as
> provided in Rule 56(e), that contradict the facts
> shown in the defendant's declarations and
> documents and show that there is a genuine issue
> of material fact for trial.  If you do not submit
> your own evidence in opposition, summary judgment,
> if appropriate, may be entered against you.  If
> summary judgment is granted, your case will be
> dismissed and there will be no trial.

Plaintiff's efforts to submit additional evidence at this stage
are untimely.  Moreover, even if the Court considered the
additional evidence, the Court concludes it does not provide any
basis to modify the Findings and Recommendations.  For example,
Plaintiff's supplemental materials include emails from an
individual who is not a defendant in this action to other
individuals who are not defendants in this action.  Plaintiff
does not produce evidence to establish any Defendant in this
action had any knowledge of or contact with the individuals
involved in the emails.  The remainder of Plaintiff's additional
evidence does not belie or refute the evidence reviewed and
relied on by the Magistrate Judge in her Findings and
Recommendation.

The Objections of Defendants Washington County, Elenes, and
Greaves generally reiterate the arguments contained in their
Motions and Replies.  The Court has carefully considered
Defendants' Objections and concludes they do not provide a basis
to modify the Findings and Recommendation.

4 - ORDER

This Court also has reviewed *de novo* the portions of the record pertinent to Plaintiff's and Defendants' Objections and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#84) and, accordingly, **GRANTS** the Motion for Summary Judgment of Defendant Michele E. Houston (#66); **GRANTS** the Motion for Summary Judgment of Robert B. Wolfe, Adam Spang, and Mark T. Fowler (#60); **DENIES** the Motion for Summary Judgment of Defendants Juan Elenes and Davidson Greaves (#55); **DENIES** the Motion for Summary Judgment of Washington County (#54); and **DISMISSES** Plaintiff's First, Second, and Third Claims.

IT IS SO ORDERED.

DATED this 19th day of February, 2008.


/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge


5 - ORDER